# Schedule A

| DOE # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 1 | AilunUS | Amazon | A11HC9SRN13WHM |
| 2 | AirLand | Amazon | A211DMKAY2ZGJK |
| 3 | ALong Shop | Amazon | ALGR7M2S4MFK8 |
| 4 | AMBAND US | Amazon | A2WWLJ3GYTPNKE |
| 5 | Amizee | Amazon | A1FY1O51DABUHV |
| 6 | Apbands-US | Amazon | A1LQQGO4NXHE1J |
| 7 | Bersem | Amazon | A19TT7MNEOLFF1 |
| 8 | Hankn | Amazon | A2AZIHY63W55JE |
| 9 | JE Products US | Amazon | A1RI0YHZ8J2HZU |
| 10 | Jianchili | Amazon | A56OAYTSNXCNZ |
| 11 | jinjufa | Amazon | A19PAFXDUTAIOF |
| 12 | JIOGEWY | Amazon | AGF9RO3ZVI5Q2 |
| 13 | Joyce Young-US | Amazon | A3V9OBAJCQKUBJ |
| 14 | Julk Authorized | Amazon | AWFNTR60DRRHO |
| 15 | JZK | Amazon | A2K3SWULV2S9J9 |
| 16 | KALING | Amazon | A1TH26NZCK9LP1 |
| 17 | LeisureBands-US | Amazon | A2UT04GU4AD6F4 |
| 18 | merryme23 | Amazon | A3SQIS1VN1WDRN |
| 19 | Misxi | Amazon | A5O2XH5LDMOZ3 |
| 20 | MOKEDE | Amazon | A1EOHVETCT39DN |
| 21 | Newways-US | Amazon | A1SJSM3869SA8C |
| 22 | PCAccessory_JETech_Authorized | Amazon | A3INX5OKDTYMZX |
| 23 | PHONEMAKER | Amazon | A3NIDAFDLMC5S2 |
| 24 | RoityDirect | Amazon | A30I17MSTN1X0G |
| 25 | SFMJewelry | Amazon | A23EHOQ6BZ0NY0 |
| 26 | Suoman | Amazon | A3A1R9G78TRWRQ |
| 27 | Tensea | Amazon | A1QY4OZ8T1VAKF |
| 28 | Tensea-US-Auth | Amazon | A3S97VFGZQRHD4 |
| 29 | TIGERtwo | Amazon | AO55OX5DAQZPO |
| 30 | Tocol Tech | Amazon | AITXY5P8FKT4U |
| 31 | WoYaQi Direct | Amazon | AEB4CXLNGFL0W |
| 32 | Yin-Goton-Authoried | Amazon | A2F121TGSKEJQH |
| 33 | Yisau | Amazon | A31DUYEJR544OS |
| 34 | Yolovie | Amazon | A32X9F5F5FI7PW |
| 35 | Yunhai US | Amazon | A1UYZJVHHSCO9I |
| 36 | Yunjiantech | Amazon | A330D45V63J7VZ |
| 37 | ZHANGshop | Amazon | A3AV5RXE4YGAGE |
| 38 | ZZDZZ | Amazon | A2FQ7QE46YRHFX |
| 39 | Bidesheng | Walmart | 101189176 |

| DOE # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 40 | Phmnkl | Walmart | 101270719 |
| 41 | Zhuoxin | Walmart | 102716668 |